**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE FABRICSHIELD, LLC, | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| RENE SCHLEICHER CO., RENE'S | : | |
| FABRIC ARMOR; RENE T. | : | |
| SCHLEICHER, and MATTHEW D. | : | |
| SCHLEICHER, | : | |
| *Defendants* | : | No. 23-2630 |

## ORDER

**AND NOW**, this _____ day of February, 2024, upon consideration of Defendants' Motion to Dismiss (Doc. No. 9), The FabricShield's Motion for Preliminary Injunction (Doc. No. 26), all responses and replies thereto, oral argument heard on October 12, 2023, Defendants' Supplemental Briefing (Doc. No. 39), The FabricShield's Supplemental Briefing (Doc. No. 40), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court will **ABSTAIN** from hearing the case under the *Younger* abstention doctrine. Discovery and all other deadlines are **STAYED**, pending the finalization of the Schleichers' divorce.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE